92 F.3d 1177
 78 A.F.T.R.2d 96-6060, 96-2 USTC P 50,403
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Bruce M. CROW, Petitioner-Appellant,
v.
COMMISSIONER OF THE INTERNAL REVENUE SERVICE, Respondent-Appellee.
 No. 96-1250.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 23, 1996.
Decided July 30, 1996.
 
 Bruce M. Crow, Appellant Pro Se. Gary R. Allen, Kevin Martin Brown, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.
 Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.
 
 PER CURIAM
 
 1
 Appellant appeals from the tax court's order granting summary judgment to the Appellee. We have reviewed the record and the tax court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. Crow v. Commissioner, No. 95-1855 (Tax Ct. Dec. 7, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED